NOT DESIGNATED FOR PUBLICATION

# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

**04-642**

DEMETRA RIDEAU

VERSUS

BUDDY J. ESTELLE, ET AL.

**\*\*\*\*\*\*\*\*\*\***

APPEAL FROM THE
TWENTY-SEVENTH JUDICIAL DISTRICT COURT
PARISH OF ST. LANDRY, NO. 03-C-2612-C
HONORABLE ALONZO HARRIS, DISTRICT JUDGE

**\*\*\*\*\*\*\*\*\*\***

**OSWALD A. DECUIR**
**JUDGE**

**\*\*\*\*\*\*\*\*\*\***

Court composed of Sylvia R. Cooks, John D. Saunders and Oswald A. Decuir, Judges.

**AFFIRMED.**

Jerry J. Falgoust
Dauzat, Falgoust, Caviness
   and Bienvenu, L.L.P.
P. O. Box 1450
Opelousas, LA 70571
(337) 942-5811
Counsel for Defendant/Appellee:
     State Farm Mutual Automobile Insurance Company
     Buddy J. Estelle

Chuck D. Granger
Attorney at Law
P. O. Drawer 1849
Opelousas, LA 70571-1849
(337) 948-5000
Counsel for Plaintiff/Appellant:
     Demetra Rideau